### DEVELIN v. CRARY, appellant.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought by John Develin against George D. Crary, to recover for a quantity of alcohol sold and delivered. There was a conflict of testimony as to the delivery of the alcohol, and the referee found that it had been delivered.

*E. T. Wood,* for appellant.

*De Witt & Johnson,* for respondent.

BARNARD, P. J.

*Judgment affirmed.*

---

### WOODHULL v. MOWER, appellant.

APPEAL from a judgment in favor of plaintiff, and from an order denying a new trial. The action was brought by Brewster Woodhull against Samuel B. Mower, for money alleged to be loaned by plaintiff to defendant.

*C. J. G. Hall,* for appellant.

*B. Woodhull,* respondent in person.

BARNARD, P. J.

The case presented for review a pure question of fact and the judgment was affirmed on the ground that the verdict upon conflicting evidence would not be disturbed.

*Judgment affirmed.*